IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL DOUGLAS ADAMS                                                                  PLAINTIFF

v.                              No: 4:18-cv-00862 SWW-PSH

BILL GILKELLY, *et al.*                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 27th day of February, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE