IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL DOUGLAS ADAMS                                                              PLAINTIFF

v.                                    No: 4:18-cv-00862 SWW-PSH

BILL GILKELLY, *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of February, 2019.

                                               /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE